# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES BLOCKER, | ) | |
| Plaintiff, | ) ) ) | No. 2:14-cv-02602-TLP-tmp |
| v. | ) ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security | ) ) ) | |
| Defendant. | ) ) | |

## ORDER REQURING THE COMMISSIONER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE REMANDED FOR ANOTHER HEARING

Plaintiff filed this action to obtain judicial review of Defendant Commissioner's final decision denying his application for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income. (ECF No. 1.) The Court has concerns as to whether the holdings in *Lucia v. SEC*, 138 S. Ct. 2044 (2018), and *Jones Bros., Inc. v. Sec'y of Labor*, 898 F.3d 669 (6th Cir. 2018), impact the validity of the decision issued by the Administrative Law Judge ("ALJ") in this case.

The Commissioner is hereby ORDERED to brief the Court by October 2, 2018, as to the constitutional authority of the ALJ in this case under the holdings of *Lucia* and *Jones Bros., Inc.*, and whether the blanket ratification of all ALJs by the Commissioner satisfies the Appointments Clause, U.S. Const. art. II, § 2, cl. 2.

**SO ORDERED**, this 7th day of September, 2018.

                                                         s/Thomas L. Parker
                                                         THOMAS L. PARKER
                                                         UNITED STATES DISTRICT JUDGE